AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| BTL INDUSTRIES, INC., a Delaware corporation, <br><br> *Plaintiff(s)* <br> v. <br> DNA DISTRIBUTION, LLC., a Florida corporation, ARTYEM PERLOV, and DARYA VARSHAVSKI, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 25-cv-20564-JB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DNA DISTRIBUTION, LLC
6000 Collins Avenue
Apt 340
Miami Beach, FL 33140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter A. Koziol, Esq.
Assouline & Berlowe, P.A.
Miami Tower
100 SE 2nd Street, Suite 3650
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 02/07/2025

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BTL INDUSTRIES, INC., a Delaware corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> DNA DISTRIBUTION, LLC., a Florida corporation, ARTYEM PERLOV, and DARYA VARSHAVSKI, <br><br> *Defendant(s)* | Civil Action No. 25-cv-20564-JB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Artyem Perlov
6000 Collins Avenue
Apt 340
Miami Beach, FL 33140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter A. Koziol, Esq.
Assouline & Berlowe, P.A.
Miami Tower
100 SE 2nd Street, Suite 3650
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 02/07/2025

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| BTL INDUSTRIES, INC., a Delaware corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> DNA DISTRIBUTION, LLC., a Florida corporation, ARTYEM PERLOV, and DARYA VARSHAVSKI, <br><br> *Defendant(s)* | Civil Action No. 25-cv-20564-JB |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Darya Varshavski
1800 North Bayshore Drive
Apartment 301
Miami, Florida 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter A. Koziol, Esq.
Assouline & Berlowe, P.A.
Miami Tower
100 SE 2nd Street, Suite 3650
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: 02/07/2025

**SUMMONS**

*s/ J. Adams*

Deputy Clerk
U.S. District Courts